

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-22-00473-CV

_____

JERALD H. MILLER, JR., Appellant

V.

TARRANT COUNTY APPRAISAL DISTRICT, Appellee

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-329967-21

Before Birdwell, Bassel, and Womack, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief in this accelerated appeal was originally due April 3, 2023. The court granted three extensions to this deadline, but appellant's brief was never filed. On September 25, 2023, we notified appellant that his brief had not been filed as the appellate rules require. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, appellant filed with the court an appellant's brief and an accompanying motion reasonably explaining the brief's untimely filing and why an extension was needed. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). Instead of filing a brief and motion as directed, appellant submitted another request for extension of time. Appellant's request is DENIED.

Because appellant has failed to file a brief even after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: October 5, 2023